# TULLIO DeLUCA

**ATTORNEY-AT-LAW**
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

September 5, 2019

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

In Re: **Joel A. Theodore**
**Chapter 13 Bankruptcy**
**Case No. 5-19-00320**

Dear Sir/Madam:

I have received returned mail for **Berks Credit & Collection.**, a creditor in the above-captioned bankruptcy.  The incorrect address the mail was sent to was: 900 Corporate Dr., Reading, PA 19605-3340. Please be advised the correct information is as follows:

**RMP READING**
**D/B/A BERKS CREDIT & COLLECTION**
**PO BOX 349**
**GREENSBURG, IN 47240-0349**

I served the Notice and Amended Plan at the above address on September 5, 2019.

Please correct the mailing matrix.

Thank you for assistance in this matter.

Very truly yours,

/s/ Tullio DeLuca, Esquire

TD/lm