```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00320-RNO
Joel A. Theodore                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5　　User: LyndseyPr　　Page 1 of 1　　Date Rcvd: Sep 19, 2019
　　　　　　　　　　　　Form ID: pdf010　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2019.
    +Michele Theodore,　　187 Ledgewood Drive,　　Kunkletown, PA 18058-7330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2019　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2019 at the address(es) listed below:
    Ashlee Crane Fogle　　on behalf of Creditor　　Nationstar Mortgage LLC d/b/a Mr. Cooper afogle@rascrane.com
    Charles J DeHart, III (Trustee)　　TWecf@pamd13trustee.com
    James Warmbrodt　　on behalf of Creditor　　OneMain Financial Services, Inc bkgroup@kmllawgroup.com
    James Warmbrodt　　on behalf of Creditor　　Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
    Jim Peavler　　on behalf of Creditor　　PA Dept of Revenue RA-occbankruptcy1@state.pa.us, RA-occbankruptcy6@state.pa.us
    Joseph J. Swartz　　on behalf of Creditor　　PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
    Lauren Berschler Karl　　on behalf of Creditor　　Nationstar Mortgage LLC d/b/a Mr. Cooper lkarl@rascrane.com
    Monroe County Tax Claim Bureau　　MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
    Tullio DeLuca　　on behalf of Debtor 1 Joel A. Theodore tullio.deluca@verizon.net
    United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **JOEL A. THEODORE**<br>aka JOEL ABRAHAM THEODORE<br>aka JOEL THEODORE | Chapter: 13 |
| | Case No: 5-19-bk-00320 RNO |
| **ONEMAIN FINANCIAL SERVICES, INC.**<br>**Movant(s)** | Document No.: 52 |
| vs. | Nature of Proceeding: Motion for Relief from Automatic Stay |
| **JOEL A. THEODORE**<br>aka JOEL ABRAHAM THEODORE<br>aka JOEL THEODORE<br>**MICHELE THEODORE**<br>**CHARLES J. DEHART, III, ESQUIRE, TRUSTEE**<br>**Respondent(s)** | |

## ORDER STIPULATION DUE

Upon consideration of the statement made in open court at a hearing held on September 19, 2019, that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by October 19, 2019, the Court may deny this Motion without further notice.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(BI)

September 19, 2019

Order Stip Due or Relist – Hrg Called - Revised 04/18