```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00320-RNO
Joel A. Theodore                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: LyndseyPr           Page 1 of 1              Date Rcvd: Sep 26, 2019
                             Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2019.
              +Michele Theodore,    187 Ledgewood Drive,    Kunkletown, PA 18058-7330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2019 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    OneMain Financial Services, Inc bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Lauren Berschler Karl    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               lkarl@rascrane.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Tullio DeLuca    on behalf of Debtor 1 Joel A. Theodore tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joel A. Theodore aka Joel Abraham Theodore aka Joel Theodore <br> Debtor | CHAPTER 13 |
| OneMain Financial Services, Inc <br> Movant <br> vs. | NO. 19-00320 RNO |
| Joel A. Theodore aka Joel Abraham Theodore aka Joel Theodore <br> Debtor <br> Michele Theodore <br> Co-Debtor | 11 U.S.C. Section 362 |
| Charles J. DeHart, III, Esquire <br> Trustee | |

## ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: September 26, 2019

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (DG)