UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOEL A. THEODORE : CHAPTER 13
    Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
:
vs. :
:
JOEL A. THEODORE :
    Respondent(s) : CASE NO. 5-19-bk-00320

TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN

    AND NOW, this 4th day of October, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

    1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(2) in that the debtor(s) has not provided for full payment, in deferred cash payments, of all claims entitled to priority under 11 U.S.C. Sec. 507.

    2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. Plan ambiguous – As to payment of PA Department of Revenue.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

BY: /s/Agatha R. McHale
    Attorney for Trustee

## 4CERTIFICATE OF SERVICE

   AND NOW, this 4th day of October, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Tullio DeLuca, Esquire
381 N. 9th Avenue
Scranton, PA   18504

                 /s/Deborah A. Behney
                 Office of Charles J. DeHart, III
                 Standing Chapter 13 Trustee