**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

IN RE:                                          CASE NO.: 5:19-bk-00320-RNO
                                                                    CHAPTER 13

Joel A. Theodore
aka Joel Abraham Theodore
aka Joel Theodore,

   Debtor.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

   **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of
ONEMAIN FINANCIAL SERVICES, INC ("Secured Creditor"). Pursuant to Rule 2002 of the
Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to
be given and all papers required to be served in this case to creditors, any creditors committees,
and any other parties-in-interest, be sent to and served upon the undersigned counsel and the
following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Cristina DiGiannantonio
    Cristina DiGiannantonio
    Email: cdigiannantonio@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

TULLIO DELUCA
381 N. 9TH AVENUE
SCRANTON, PA 18504

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

JOEL A. THEODORE
187 LEDGEWOOD DR
KUNKLETOWN, PA 18058

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Cristina DiGiannantonio
Cristina DiGiannantonio
Email: cdigiannantonio@rascrane.com