```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                               Case No. 19-00320-RNO
Joel A. Theodore                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Jan 29, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
            +Michele Theodore,   187 Ledgewood Drive,   Kunkletown, PA 18058-7330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
          Ashlee Crane Fogle    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           afogle@rascrane.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    OneMain Financial Services, Inc bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Jim Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          Lauren Berschler Karl    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           lkarl@rascrane.com, lbkarl03@yahoo.com
          Monroe County Tax Claim Bureau     MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
          Tullio  DeLuca    on behalf of Debtor 1 Joel A. Theodore tullio.deluca@verizon.net
          United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joel A. Theodore aka Joel Abraham Theodore aka Joel Theodore<br>        Debtor(s)<br><br>OneMain Financial Services, Inc<br>        Movant<br>vs.<br><br>Joel A. Theodore aka Joel Abraham Theodore aka Joel Theodore<br><br>Michele Theodore<br>        Respondents<br><br>and Charles J. DeHart, III Esq.<br>        Trustee | Chapter 13<br><br>NO. 19-00320 RNO |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362, is modified to allow OneMain Financial Services, Inc and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 187 LEDGEWOOD DR F/K/A RR 2 Box 487 A Kunkletown, PA 18058.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated:   January 29, 2020

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Bankruptcy Judge (DG)