```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                      Case No. 19-00320-RNO
Joel A. Theodore                                            Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2              Date Rcvd: Mar 05, 2020
                              Form ID: ordsmiss            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db             +Joel A. Theodore,    187 Ledgewood Dr.,    Kunkletown, PA 18058-7330
5154687        +Advanced Dermatology Assoc., Ltd.,    1259 S. Cedar Crest Blvd., Suite 100,
                 Allentown, PA 18103-6288
5154688        +Apogee Medical Grouup,    15059 N. Scottsdale Road #600,    Scottsdale, PA 85254-2685
5154690        +Eastern Revenue Inc,    601 Dresher Rd Ste 301,   Horsham, PA 19044-2238
5154693        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,   Scranton, PA 18504-2005
5154695        +Medical Business Bureau,    1460 Renaissance Dr., Suite 400,    Park Ridge, IL 60068-1349
5154696        +Michele Theodore,    187 Ledgewood Dr.,    Kunkletown, PA 18058-7330
5154698        +Michelle Theodore,    187 Ledgewood Dr.,    Kunkletown, PA 18058-7330
5154699        +Mr Cooper,   P.O. Box 650783,    Dallas, TX 75265-0783
5176516        +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,     RAS Crane, LLC,
                 10700 Abbotts Bridge Road, Suite 170,    Duluth, GA 30097-8461
5176643        +ONEMAIN FINANCIAL SERVICES, INC,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 ATTN: Bankruptcy Dept,    PO Box 619096,   Dallas TX 75261-9096
5273037        +OneMain Financial Services, Inc,    c/o RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
5154701        #+Palmerton Hospital,    135 Lafayette Ave.,   Palmerton, PA 18071-1596
5154689         RMP READING,    D/B/A BERKS CREDIT & COLLECTION,    PO BOX 349,   GREENSBURG, IN 47240-0349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5154691         EDI: IRS.COM Mar 06 2020 00:18:00      Internal Revenue Service,    Special Procedures Branch,
                 PO Box 7346,   Philadelphia, PA 19101-7346
5154694        +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 19:29:15     LVNV Funding LLC,
                 P.O. Box 10497,   Greenville, SC 29603-0497
5165430         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 05 2020 19:29:44     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
5154700         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 19:20:09      PA Dept. of Revenue,
                 Bankruptcy Division,    Dept. 280946,   Harrisburg, PA 17128-0496
5159286         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2020 19:20:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5175424         EDI: AIS.COM Mar 06 2020 00:18:00      Verizon,   by American InfoSource as agent,    PO Box 4457,
                 Houston, TX 77210-4457
5154702        +EDI: VERIZONCOMB.COM Mar 06 2020 00:18:00      Verizon Bankruptcy Dept.,    500 Technology Drive,
                 Suite 550,   Weldon Spring, MO 63304-2225
5154703        +EDI: AIS.COM Mar 06 2020 00:18:00      Verizon by American Infosource, LP as ag,
                 4515 Santa Fe Ave.,    Oklahoma City, OK 73118-7901
5154704         EDI: WFFC.COM Mar 06 2020 00:18:00      Wells Fargo Bank, N.A.,    P.O. Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr*            +Nationstar Mortgage LLC d/b/a Mr. Cooper,    RAS CRANE, LLC,
                 10700 Abbotts Bridge Road, Suite 170,    DULUTH, GA 30097-8461
5154692*       +Joel A. Theodore,    187 Ledgewood Dr.,    Kunkletown, PA 18058-7330
5154697*       +Michele Theodore,    187 Ledgewood Dr..,    Kunkletown, PA 18058-7330
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:

```
Ashlee Crane Fogle    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
 afogle@rascrane.com
Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
James  Warmbrodt    on behalf of Creditor    OneMain Financial Services, Inc bkgroup@kmllawgroup.com
James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
 bkgroup@kmllawgroup.com
Jim  Peavler    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy1@state.pa.us,
 RA-occbankruptcy6@state.pa.us
Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
 RA-occbankruptcy6@state.pa.us
Lauren Berschler Karl    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
 lkarl@rascrane.com,   lbkarl03@yahoo.com
Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
Tullio  DeLuca    on behalf of Debtor 1 Joel A. Theodore tullio.deluca@verizon.net
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                 TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joel A. Theodore,<br>aka Joel Abraham Theodore, aka Joel Theodore, | Chapter 13 |
| **Debtor 1** | Case No. 5:19–bk–00320–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: March 5, 2020

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

ordsmiss (05/18)